## LOVERIN &c<sup>a</sup> cont<sup>a</sup> MOORE

William Loverin and Thomas Gent plaint<sup>s</sup> cont<sup>a</sup> Iohn Moore Defend<sup>t</sup> in an action of the case for witholding the Summe of Five

pounds ten Shillings in money due from the s^d Moore for two thirds of the Freight of Ninety four tons of Salt brought from onboard the Ship Indeavour Samuel Smith Command^r and for the two thirds of the Freight of one Boate load of Ballast carried onboard s^d Ship which the s^d Moore promised payment of with damages. . . . The Iury . . . found for the plaint^s three pounds two Shillings six pence in money and costs of Court allow^d thirty five Shillings two pence.